DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON STONE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1906

[February 8, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Bernard I. Bober, Judge; L.T. Case No. 03-000215CF10A.

Jason Stone, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***